RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK   BY
SHREVEPORT, LOUISIANA
DATE  2/27/07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-50165 |
| versus | JUDGE STAGG |
| DEMETRIUS DEBOSE | MAGISTRATE JUDGE HORNSBY |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's **Motion to Suppress Evidence (Doc. 33) is denied.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 27th day of February, 2007.

TOM STAGG
UNITED STATES DISTRICT JUDGE